| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kendra Wagner Ross |
| Debtor 2 | |
| United States Bankruptcy Court for the | Eastern District of Michigan |
| Case number | 17-50691 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges _____ 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Nationstar Mortgage LLC          Court claim no. (if known): 2

Last 4 Digits of any number you
use to identify the debtor's account: XXXXXX2930

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes   Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1 Late charges | | 1 | $ |
| 2 Non-sufficient funds (NSF) fees | | 2 | $ |
| 3 Attorney Fees | | 3 | $ |
| 4 Filing fees and court costs | | 4 | $ |
| 5 Bankruptcy/proof of claim fees | 09/21/2017 | 5 | $400.00 |
| 6 Appraisal/Broker's price opinion fees | | 6 | $ |
| 7 Property inspection fees | | 7 | $ |
| 8 Tax advances (non-escrow) | | 8 | $ |
| 9 Insurance advances (non-escrow) | | 9 | $ |
| 10 Property preservation expenses. Specify | | 10 | $ |
| 11 Other. Specify: | | 11 | $ |
| 12 Other Specify: | | 12 | $ |
| 13 Other Specify: | | 13 | $ |
| 14 Other Specify: | | 14 | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C 1322(b)(5) and Bankruptcy Rule 3002.1.*PPFN*

Official form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          Page 1

17-50691-mlo   Doc 31   Filed 12/14/17   Entered 12/14/17 16:08:22   Page 1 of 4

Debtor 1: Kendra Wagner Ross    Case Number (if known): 17-50691

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number
*Check the appropriate box*

☐ I am the creditor
☐ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief**

X  */s/ Adam Berman* **(P68586)**                         Date  December 14 2017
   Signature
Print  **Adam**              **Berman**                    Title  Attorney for Creditor
       First Name  Middle Name  Last Name
Company  **Potestivo & Associates, P.C.**
Address  251 Diversion Street
         Number    Street
         Rochester         MI       48307
         City              State    ZIP Code

Contact phone  248-853-4400          Email  aberman@potestivolaw.com

| Invoice Date |
|---|
| 09/26/2017 |

| Invoice Number |
|---|
| Redacted |



Nationstar Mortgage LLC d/b/a Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019



**Potestivo & Associates P.C.**
251 Diversion Street | Rochester, MI 48307
T: (248) 853-4400 | F: (248) 267-3044
**MICHIGAN – ILLINOIS**
www.potestivolaw.com
Invoice Terms: Net 30

RE: Nationstar Mortgage LLC d/b/a Mr. Cooper Redacted
Vs: Paul Ross, Kendra Ross
OURFILE: 107530

Property Address: 44560 Westminister Way Canton, MI 48187

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 09/21/2017 | Proof of Claim - Recoverable (Recoverable) | $400.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees Since Last Billing | $400.00 |
| **Total Amount Due** | **$400.00** |

Thank you for the opportunity to be of service.

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

    Kendra Wagner Ross

                Debtor,

_____/

Case No. 17-50691
Chapter 13
Judge Maria L. Oxholm

## **PROOF OF SERVICE**

      I, Jordan A Tucker, state that on the 14th day of December 2017, I served a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges and Proof of Service of same upon:

| | | |
|---|---|---|
| Paul B. Gigliotti | Tammy L. Terry | Kendra Wagner Ross |
| 15400 19 Mile #115 | Buhl Building | 44560 Westminster Way |
| Clinton Township, MI 48038 | 535 Griswold | Canton, MI 48187 |
| | Suite 2100 | |
| | Detroit, MI 48226 | |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtor's Attorney and the Trustee.

                              */s/ Jordan A Tucker*
                              Jordan A Tucker
                              Employee of Potestivo & Associates, P.C.
                              251 Diversion Street
                              Rochester, MI 48307
                              (248) 853-4400
                              JTucker@potestivolaw.com